IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| FAITH CARR, *et al.* | : | Case No. 3:12-cv-42 |
| Plaintiffs, | : | District Judge Walter H. Rice<br>Magistrate Judge Michael J. Newman |
| v. | : | |
| DJO INCORPORATED, *et al.* | : | |
| Defendants. | : | |

### ENTRY AND ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. # 27), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** as follows:

1) Defendant DJO LLC's motion to dismiss (Doc. # 7) is **DENIED AS MOOT**;

2) Defendant DJO Global's motion to dismiss for lack of personal jurisdiction (Doc. # 8) is **DENIED WITHOUT PREJUDICE**; and

3) The parties are permitted until October 15, 2012 to conduct discovery on the issue of personal jurisdiction regarding DJO Global, and DJO Global is permitted until November 1, 2012 to file a renewed motion to dismiss for lack of personal jurisdiction, if necessary.

Date: 9-13-12

Walter Herbert Rice
United States District Judge